UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY PRINCE,<br><br>        Plaintiff,<br><br>    -against-<br><br>TD BANK N.A.; RIAZ E. AHMED; MANJIT SING, Chief Financial Officer; TB BANK GROUP/TD BANK et al; RIAZ E. AHMED, Chief Financial Officer,<br><br>        Defendants. | 1:20-CV-0660 (CM)<br><br>ORDER |

COLLEEN McMAHON, Chief United States District Judge:

  By order dated March 23, 2020, the Court directed Plaintiff to show cause, within 30 days of the date of that order, why the Court should not deny Plaintiff's motion to confirm an arbitration award because the Court lacks subject-matter jurisdiction to consider it, the defendants did not agree to arbitrate, and because the motion is frivolous. That order specified that failure to comply would result in denial of the motion for those reasons. Plaintiff had not filed a declaration or otherwise shown cause.

  Accordingly, the Court denies Plaintiff's motion to confirm an arbitration award because the Court lacks subject-matter jurisdiction to consider it, the defendants did not agree to arbitrate, and because the motion is frivolous.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

  This order closes this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  May 26, 2020
         New York, New York

                                        COLLEEN McMAHON
                                   Chief United States District Judge