UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY PRINCE,<br><br>                                  Plaintiff,<br><br>-against-<br><br>TD BANK N.A.; RIAZ E. AHMED; MANJIT SING, CHIEF FINANCIAL OFFICER; TB BANK GROUP/TD BANK ET AL; RIAZ E. AHMED, CHIEF FINANCIAL OFFICER,<br><br>                                  Defendants. | 1:20-CV-0660 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 26, 2020, denying Plaintiff's motion to confirm an arbitration award,

IT IS ORDERED, ADJUDGED AND DECREED that the motion to confirm an arbitration award is denied because the Court lacks subject-matter jurisdiction to consider it, the defendants did not agree to arbitrate, and because the motion is frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 26, 2020
            New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge